IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT CURTIS WILLIAMS, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv220 |
| MCDONALD'S, ET AL. | § | |

### FINAL JUDGMENT

This action came on before the Court, Honorable Howell Cobb, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this lawsuit is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g). All motions not previously ruled on are hereby **DENIED**.

SIGNED at BEAUMONT, Texas, on this the 9 day of May, 2005.

_____
HOWELL COBB
UNITED STATES DISTRICT JUDGE